

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DEVORIS NEWSON, | § | No. 08-24-00112-CR |
| Appellant, | § | Appeal from the |
| v. | § | 384th Judicial District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC#20240D01344) |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of jurisdiction.

In our May 13, 2024 order, we recognized the purported appeals filed pro se and docketed with this Court as 08-24-00112-CR and 08-24-00113-CR, which appear to relate to two felony charges currently pending against Mr. Newson in El Paso County (#20240D01344 and #20240D01345, respectively) and assigned to the 384th Competency Court for El Paso County, Texas. We also indicated that the clerk of this Court issued a letter informing the parties of our intention to dismiss this case for want of jurisdiction unless this Court is provided with proof of some appealable order or other ground for our jurisdiction.

In his response, Mr. Newson did not provide an appealable order or other legal ground forming a basis for this Court to have jurisdiction over what he attempts to appeal. *See Galitz v. State*, 617 S.W.2d 949, 951 (Tex. Crim. App. 1981) (en banc) (noting that appellate court jurisdiction is authorized by statute); *Gutierrez v. State*, 307 S.W. 3d 318, 321 (Tex. Crim. App. 2010) (noting that, in criminal cases, the Texas Legislature has only authorized appeals from final, written judgments and certain interlocutory orders). As explained in our May 13, 2024 order, this Court does not have jurisdiction in the first instance to address the pretrial matters Mr. Newson attempts to raise in this Court at this time.

Accordingly, we dismiss this appeal for want of jurisdiction.


LISA J. SOTO, Justice

May 28, 2024

Before Palafox, J., Soto, J., and Barajas, C.J. (Senior Judge)
Barajas, C.J. (Senior Judge) (sitting by assignment)

(Do Not Publish)